UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS INSURANCE GUARANTY FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 24 C 1522 ) |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health & Human Services, | ) Judge Gettleman ) ) ) |
| Defendant. | ) |

**<u>DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD</u>**

Xavier Becerra, Secretary of Health and Human Services, through his attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, moves for judgment on the administrative record and summary affirmance of the Secretary's decision below pursuant to 42 U.S.C. § 1395ff(b)(1) and 42 U.S.C. § 405(g). In support, the Secretary submits the accompanying memorandum of law.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Nigel B. Cooney
    NIGEL B. COONEY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1996
    nigel.cooney@usdoj.gov